UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOBIAS ALVAREZ,<br><br>              Petitioner,<br><br>   v.<br><br>JIM ROBERTSON,<br><br>             Respondent. | Case No. 21-cv-04626-HSG<br><br>**JUDGMENT** |

The petition for writ of habeas corpus is denied.

**IT IS SO ORDERED.**

Dated: 7/13/2022

*Haywood S. Gilliam Jr.*
HAYWOOD S. GILLIAM, JR.
United States District Judge