UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TOBIAS ALVAREZ,<br>　　　　Petitioner,<br>　　v.<br>JIM ROBERTSON,<br>　　　　Respondent. | Case No. 21-cv-04626-HSG<br>**ORDER DENYING REQUEST FOR CERTIFICATE OF APPEALABILITY**<br>Re: Dkt. No. 18 |

Petitioner Robert Tobias Alvarez filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the validity of his state court conviction. Dkt. Nos. 1, 8. On July 13, 2022, after carefully considering the merits of the petition, the Court denied the writ of habeas corpus and a certificate of appealability and entered judgment in favor of Respondent. Dkt. Nos. 14, 15. On or about August 8, 2022, Petitioner filed a notice of appeal, Dkt. No. 17, and requested a certificate of appealability, Dkt. No. 18.

The application for a certificate of appealability is DENIED for the reasons set forth in the Court's July 13, 2022 order denying the petition for a writ of habeas corpus and denying a certificate of appealability. Dkt. No. 18. Petitioner may renew his request for a certificate of appealability with the Court of Appeals. This case remains closed.

This order terminates Dkt. No. 18.

**IT IS SO ORDERED.**

Dated: 2/10/2023

HAYWOOD S. GILLIAM, JR.
United States District Judge